UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JAY SIMON,

               Plaintiff,

   -against-

N. Y. C.  BOARD  OF  EDUCATION,

               Defendant.
-------------------------------------------------------------------X

JUDGMENT
01-CV- 6024 (DGT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 4 2006 ★

BROOKLYN OFFICE

     A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on May 2, 2005, granting defendant's motion for summary judgment; and dismissing all of plaintiff's claims with prejudice; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and all of plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, New York
      May 03, 2006

                        s/Robert C. Heinemann
                        ROBERT C. HEINEMANN
                        Clerk of Court